447 F.2d 491
 UNITED STATES of America, Plaintiff-Appellee,
v.
Eliot CASHDAN and Stanley Zanghetti, Defendants-Appellants.
 No. 30293.
 United States Court of Appeals, Fifth Circuit.
 May 28, 1971.
 
 George E. Cochran, Fort Worth, Tex., Emmett Colvin, Jr., Dallas, Tex., for Cashdan & Zanghetti.
 Roby Hadden, U.S. Atty., Tyler, Tex., James F. Parker, Jr., Asst. U.S. Atty., Beaumont, Tex., for appellee.
 Appeals from the United States District Court, Eastern District of Texas, at Tyler; William Wayne Justice, District Judge.
 Before GOLDBERG, GODBOLD and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966